```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

WILLIAM BUTLER,
#199256
:
    Plaintiff,                  :
:
vs.                            :   CIVIL ACTION 12-331-CB-M
:
NATHANIEL DALE, et al.,
:
    Defendants.             :

<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and no objection having been filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Defendants' Motion for Summary Judgment (Docs. 23, 24) be granted and this action be dismissed with prejudice.

DONE this 3rd day of April, 2013.

                                      *s/Charles R. Butler, Jr.*
                                      CHARLES R. BUTLER, JR.
                                      UNITED STATES DISTRICT JUDGE